Submitted on remand from the Oregon Supreme Court October 31, 1988, decision vacated; remanded for disposition January 4, 1989

## RAYMOND GARY STELLJES,
*Appellant,*

*v.*

## MAASS,
*Respondent.*

### (87-C-11261; CA A47282)

766 P2d 1049

Raymond Gary Stelljes, Salem, *pro se,* for appellant.

No appearance contra.

Before Warden, Presiding Judge, and Riggs, Judge, and Van Hoomissen, Judge pro tempore.

PER CURIAM

## PER CURIAM

On remand from the Supreme Court, 306 Or 655, 761 P2d 925 (1988). We vacate our decision, 92 Or App 96, 757 P2d 877 (1988), and remand to the trial court for disposition pursuant to ORS 138.640.

Decision vacated; remanded for disposition pursuant to ORS 138.640.